IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CESAR REYES TAPIA** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **J.L. JAMISON**, in his official capacity as Warden of Federal Detention Center, Philadelphia, **BRIAN MCSHANE**, in his official capacity as Acting Philadelphia Field Office Director, United States Immigration and Customs Enforcement, **TODD LYONS**, in his official capacity as Acting Director of Immigration and Customs Enforcement, Secretary of the DHS **KRISTI NOEM**, in her official capacity as Secretary of the Department of Homeland Security, **DEPARTMENT OF HOMELAND SECURITY**, **PAMELA BONDI**, Attorney General of the United States | : | **NO. 25-7345** |

## ORDER

**NOW**, this 29th day of December, 2025, upon consideration of petitioner Cesar Reyes Tapia's Petition for Writ of Habeas Corpus (Doc. No. 1), **IT IS ORDERED** that the motion is **GRANTED IN PART**.

**IT IS FURTHER ORDERED** that:

1. No later than **December 30, 2025**, the respondents shall file a response to the petition and show cause why the petition should not be granted.

2. Petitioner Cesar Reyes Tapia shall not be transferred outside the Eastern District of Pennsylvania pending further Order of the Court.

TIMOTHY J. SAVAGE, J.