**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CESAR REYES TAPIA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **J.L. JAMISON, in his official capacity as** | : | |
| **Warden of Federal Detention Center,** | : | |
| **Philadelphia, BRIAN MCSHANE, in his official** | : | |
| **capacity as Acting Philadelphia Field Office** | : | |
| **Director, United States Immigration and** | : | |
| **Customs Enforcement, TODD LYONS, in his** | : | |
| **official capacity as Acting Director of** | : | |
| **Immigration and Customs Enforcement,** | : | |
| **Secretary of the DHS KRISTI NOEM, in her** | : | |
| **official capacity as Secretary of the** | : | |
| **Department of Homeland Security,** | : | |
| **DEPARTMENT OF HOMELAND SECURITY,** | : | |
| **PAMELA BONDI, Attorney General of the** | : | |
| **United States** | : | **NO. 25-7345** |

<u>**ORDER**</u>

**NOW**, this 20th day of April, 2026, upon consideration of the parties' Second Stipulation Extending the Time for the Government to Respond to the Motion for Attorney Fees (Doc. No. 11), **IT IS ORDERED** that respondents shall respond to petitioner's Motion for Attorney Fees Under the Equal Access to Justice Act no later than **June 30, 2026**.

_____
TIMOTHY J. SAVAGE, J.